834 A.2d 514

## COMMONWEALTH of Pennsylvania, Appellee

v.

## Richard HACKETT, Appellant.

Supreme Court of Pennsylvania.

Submitted on Briefs Aug. 7, 2003.

Decided Oct. 21, 2003.

Norris E. Gelman, Philadelphia, for Richard Hackett, Appellant.

Catherine Lynn Marshall, Philadelphia, Amy Zapp, Harrisburg, for the Com. of PA, Appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of October, 2003, the above-captioned order is reversed. *See Commonwealth v. Whitney,* 572 Pa. 468, 817 A.2d 473 (2003). The matter is remanded to the Court of Common Pleas of Philadelphia County for further proceedings.